IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEONARD TERRY LICHT, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-cv-1018 |
| TINA LING and LUXKEY, | § § § | |
| *Defendants.* | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff is unaware of any person or entity, other than the Defendants, who have a financial interest in the outcome of this litigation.

Dated: May 8, 2023.

                                          Respectfully submitted,

                                          **GRAY REED**

                                           */s/ Chris Davis*
                                          Chris Davis *(Attorney in Charge)*
                                          State Bar No. 24050483
                                          Donte Jones
                                          State Bar No. 24108782

                                          1601 Elm Street, Suite 4600
                                          Dallas, Texas 75201
                                          Telephone: (214) 954-4135
                                          Facsimile:  (214) 953-1332
                                          cdavis@grayreed.com
                                          djones@grayreed.com

                                          **ATTORNEYS FOR PLAINTIFF**