UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEONARD TERRY LICHT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-1018-X |
| | § | |
| TINA LING and LUXKEY.NET, | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER GRANTING 14-DAY EXTENSION OF TEMPORARY RESTRAINING ORDER**

Before the Court is Plaintiff Leonard Licht's Emergency Motion to Extend Temporary Restraining Order ("TRO"). [Doc. 11]. Licht's motion confirms his compliance with the Court's order to post a bond and to serve notice of the Court's TRO on the cryptocurrency exchanges the TRO affects.

Licht now states that he is "working with the exchanges on affecting service (or waiver thereof)," which "is taking time due to the fact that the exchanges in many cases claim to be based internationally."[1] Licht requests a 14-day extension of the TRO "[i]n order to allow him to continue to work through and resolve these issues."[2] Federal Rule of Civil Procedure 65 permits extension of a TRO for "good cause." Licht argues that good cause exists here because his "counsel continues to work diligently with the exchanges to (1) resolve issues related to service, and (2) obtain discovery

---

[1] Doc. 10 at 2.

[2] *Id.*

1

regarding the defendants so that they can be given notice of the suit and the TRO."[3] Finally, Licht notes that an extension will not delay the case because the Court has not yet set a date for the preliminary injunction hearing.

The Court agrees. Licht has shown good cause for an extension due to the difficulty of serving the exchanges and the need to obtain discovery regarding the defendants to give them notice of the suit and the TRO. Accordingly, the Court **GRANTS** the motion and **EXTENDS** the TRO. The TRO will expire fourteen days from the date of this order: on June 7, 2023, at 5:00 p.m.

Per Rule 65(b)(3), the Court will set Licht's motion for a preliminary injunction for a hearing "at the earliest possible time." If Licht chooses not to proceed with his motion for preliminary injunction, the Court will dissolve the TRO.[4]

**IT IS SO ORDERED** this 24th day of May, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] *Id.*

[4] Fed. R. Civ. Proc. 65(b)(3); *CompuCom Sys., Inc. v. WJ Global, LLC*, No. 3:14-CV-3625-L, 2014 WL 5032747, at *2 (N.D. Tex. 2014) (Lindsay, J.) ("Any TRO, therefore, is a temporary measure to protect rights until a hearing can be held.").